## Commonwealth *v.* Galeassi, Appellant.

Submitted June 9, 1975. *Charles B. Smith,* for appellant; *Vincent M. Dadamo* and *Timothy H. Knauer,* Assistant District Attorneys, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Garland, Appellant.

Submitted June 9, 1975. *Alexander Hemphill,* for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.